LAW OFFICE OF THOMAS P. GIORDANO
Thomas P. Giordano, Esq. SBN 155548
Jon R. Moss, Esq. SBN 36082
18101 Von Karman Ave., Suite 560
Irvine, CA 92612
(714) 912-7810 Fax: (714) 912-7860
tohmahso@aol.com

FILED & ENTERED

JAN 18 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson  DEPUTY CLERK

Proposed Attorney for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| In re:<br><br>**Wanda Morris**<br><br>Debtor and Debtor in Possession | ) Case No. **6:10-bk-26126-MJ**<br>)<br>) **Chapter 11**<br>)<br>) **ORDER GRANTING MOTION TO BE**<br>) **RELIEVED AS COUNSEL**<br>)<br>) **Hearing**<br>)<br>) Date:   **January 12, 2011**<br>) Time:  1**:30PA.M.**<br>) Place:  **CourtRoomm: 301**<br>)           **3420  Twelfth St.**<br>)           **Riverside, CA 92501**<br>)<br>)<br>) |
|---|---|

  The motion to be relieved as counsel of Thomas P. Giordano, Esq. having come on for regularly noticed hearing in the above captioned matter, date and time.

  The Court having reviewed the Motion, the Court's record and statements made at the time of the hearing, AND FOR GOOD CAUSE APPEARING, it is hereby ordered that:

///

///

1. The Law Offices of Thomas P. Giordano be relieved as counsel in the matter of In re: Morris, Wanda, USBC case # 6:10-bk-26126-MJ,

2. This order shall become effective upon the service and filing of notice of entry of order hereon.

3. _____.

###

DATED: January 18, 2011

United States Bankruptcy Judge

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Wanda Morris** | Debtor(s). | CASE NUMBER: **10-26126-MJ** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
 18101 Von Karman Ave. Suite 560
 Irvine, CA 92612

A true and correct copy of the foregoing document described as **PROPOSED ORDER GRANTING MOTION TO WITHDRAW THE LAW OFFICES OF THOMAS P. GIORDANO AS BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **NONE**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **01/12/2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/12/2011 | **Karina Ruiz** | **/s/Karina Ruiz** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Wanda Morris** | Debtor(s). | CASE NUMBER: **10-26126-MJ** |

Altura Credit Union
2847 Campus Parkway
Riverside, CA 92507

Arrowhead Central Credit Union
2121 North "D" Street
San Bernardino, CA 92402

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

BAC Home Loans Servicing, LP
7105 Corporate Drive
Plano, TX 75024

Cach LLC
Att:  Bankruptcy Department
4340 South Monaco Street, 2nd Floor
Denver, CO 80237

Cach LLC
370 17th Street, Suite 5000
Denver, CO 80202

Cbe Group
131 Towe Park Drive Suite 1
Waterloo, IA 50702

Citibank South Dakota, N.A.
P. O. Box 6241
Sioux Falls, SD 57117

Credit Systems International In
1277 Country Club Lane
Fort Worth, TX 76112

Discover Financial Services
Attn: Bankruptcy Dept.
PO Box 3025
New Albany, OH 43054

Discover Financial Services
P. O. Box 15316
Wilmington, DE 19850

Prime Business Service
7130 Magnolia Avenue
Riverside, CA 92504

Stanley & Payne Property Management
2251 Loop 336 W., Suite C
Conroe, TX 77303

The Home Depot/Citibank USA
Att:  Centralized Bankruptcy
P. O. Box 20363
Kansas City, MO 64195

The Home Depot/Citibank USA
P. O. Box 6497
Sioux Falls, SD 57117

| In re:<br>**Wanda Morris**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **10-26126-MJ** |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify) ORDER GRANTING MOTION TO WITHDRAW THE LAW OFFICES OF THOMAS P. GIORDANO AS BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Thomas P Giordano    tohmahso@aol.com, thmspgiordano@gmail.com;attyecf@gmail.com;dlien@1800fixbank.com;alexk.gei@sbcglobal.net
- Everett L Green    everett.l.green@usdoj.gov
- Joe M Lozano    notice@NBSDefaultServices.com
- Lee S Raphael    cmartin@pprlaw.net
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page